UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CARRILLO FRANCO,<br>Petitioner,<br>v.<br>FERETI SEMAIA, et al.,<br>Respondents. | Case No. CV 5:26-03771 RAO<br><br>JUDGMENT |

Pursuant to the Order Granting in Part Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is Granted in Part and this action is closed.

DATED: August 13, 2026

/s/
ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE